IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 JUN 30 PM 3: 56

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    No. 05-20142 B

CALVIN MCNARY,

    Defendant.

---

ORDER DENYING DEFENDANT'S PRO SE REQUEST FOR BOND
AND SUPPRESSION HEARING

---

    Before the Court is the June 20, 2005 pro se motion of the Defendant, Calvin McNary, for

bond and a suppression hearing.  Under the local rules of this district,

> [a] party represented by counsel who has appeared in a case may not act on his or her
> own behalf unless that party's attorney has obtained leave of the court to withdraw
> as counsel of record, provided that the court may, in its discretion, hear a party in
> open court, notwithstanding the fact that the party is currently represented by counsel
> of record.

LR83.1(d), Local Rules of the U.S. Dist. Ct. for the W. Dist. of Tenn. (the "Local Rule").

    According to the docket, counsel was appointed to represent the Defendant on the same day

the instant motion was filed.  McNary, by invoking his right to be represented by counsel, waived

his right to represent himself.  As a consequence, the request, which appears to have been prepared

and filed without the aid of or adoption by his Court-appointed counsel, violates the Local Rule.

Accordingly, the motion is DENIED.

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on ___7-1-05___

35

IT IS SO ORDERED this 30ᵗ day of June, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:05-CR-20142 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT