IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL -5 PM 1:59

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                      Cr. No. 05-20142-B

CALVIN MCNARY,

        Defendant.

---

ORDER GRANTING MOTION TO EXTEND TIME IN
WHICH TO FILE PRETRIAL MOTIONS

---

For good cause shown, the Court hereby **GRANTS** Defendant's Motion to Extend Time in Which to File Pretrial Motions. Defendant has until the ___1st___ of ___August___, ___2005___ in which to file any pretrial motions.

**IT IS SO ORDERED**, this the ___5th___ day of ___July___, 2005.

_____
JUDGE DANIEL J. BREEN
UNITED STATES DISTRICT COURT

1

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __7-5-05__

(37)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:05-CR-20142 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT