UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

FILED BY ___ /M/ D.C.

05 JUL 27 AM 11: 08

UNITED STATES OF AMERICA

CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

-vs-

Case No. 2:05cr20142-B

CALVIN MCNARY
a/k/a CALVIN MCNAIRY

## ORDER OF DETENTION PENDING TRIAL

### FINDINGS

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held on defendant's Motion for Bond Hearing, filed July 1, 2005. The following facts and circumstances require the defendant to be detained pending trial.

> No condition or combination of conditions of release will reasonably assure the appearance of the defendant as required or the safety of any other person and the community.
>
> This conclusion is based on the findings and analysis of the matters enumerated in 18 U.S.C. § 3142(g) as stated on the record in open court at the detention hearing.

### DIRECTIONS REGARDING DETENTION

**CALVIN MCNARY**
AKA **CALVIN MCNAIRY** is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. **CALVIN MCNARY**
AKA **CALVIN MCNAIRY** shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.

Date: July 27, 2005

_____
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-28-05 (55)



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 2:05-CR-20142 was distributed by fax, mail, or direct printing on July 28, 2005 to the parties listed.

---

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT