IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 OCT -4 AM 11:10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Cr. No. 05-20142-B

CALVIN MCNARY,

    Defendant.

---

ORDER GRANTING MOTION TO CONTINUE SUPPRESSION HEARING

---

For good cause shown, the Court hereby **GRANTS** defendant's Motion to Continue Suppression Hearing currently set to be heard October 5, 2005, at 1:30 pm. The Suppression Hearing is hereby **RESET** for _Oct. 11, 2005, at 9:30 a.m._

**IT IS SO ORDERED**, this the ___3rd___ day of October, 2005.

JUDGE J. DANIEL BREEN.
UNITED STATES DISTRICT COURT

1

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _10-5-05_





# Notice of Distribution

This notice confirms a copy of the document docketed as number 71 in case 2:05-CR-20142 was distributed by fax, mail, or direct printing on October 5, 2005 to the parties listed.

---

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT