IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 OCT -6 AM 10: 34
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Criminal No. **05-20142-B** |
| CALVIN McNARY, | * | |
| Defendant. | * | |

## ORDER GRANTING MOTION TO CONTINUE SUPPRESSION HEARING

**IT IS HEREBY ORDERED** that the Government's Motion to Continue Suppression Hearing is hereby **GRANTED**, and is now reset for _Oct. 18, 2005 at 9:30 a.m._, with time excluded under the Speedy Trial Act.

**IT IS SO ORDERED** this the _6th_ day of October, 2005.

_____
UNITED STATES DISTRICT JUDGE

Date: _10/5/05_

Approved: _____
E. Greg Gilluly, Jr.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _10-6-05_

(74)



# Notice of Distribution

This notice confirms a copy of the document docketed as number 74 in case 2:05-CR-20142 was distributed by fax, mail, or direct printing on October 6, 2005 to the parties listed.

---

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT